■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORNELL BETHUNE, Appellant. [821 NYS2d 544]—Appeal from an order of the Supreme Court, Monroe County (John J. Brunetti, A.J.), dated February 10, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Scudder, Gorski and Green, JJ.